Form B240 3/99
XXXXXX9859

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS AT WORCESTER

| Debtor Name<br>Gary M Egan | Bankruptcy Case No. 0549722 `-BR`<br><br>Chapter 7 |
|---|---|
| Creditor's Name and Address:<br>Discover Bank, Issuer of the Discover Card<br>c/o Weinstein & Riley<br>14 Penn Plaza, Suite 1615<br>New York, New York 10122 | **REAFFIRMATION AGREEMENT** |

Instructions: 1) Attach a copy of all court judgments, security agreements, and evidence of their perfection.
2) File all the documents by mailing them or delivering them to the Clerk of the Bankruptcy Court.

### NOTICE TO DEBTOR

**This agreement gives up the protection of your bankruptcy discharge for this debt.**

**As a result of this agreement the creditor may be able to take your property or wages** if you do not pay the agreed amounts. The creditor may also act to collect the debt in other ways.

**You may rescind (cancel) this agreement at any time before the bankruptcy court enters a discharge order or within 60 days after this agreement is filed with the court, whichever is later**, by notifying the creditor that the agreement is canceled.

**You are not required to enter into this agreement by any law.** It is not required by the Bankruptcy Code, by any other law, or by any contract (except another reaffirmation agreement made in accordance with section 524(c) of the Bankruptcy Code).

**You are allowed to pay this debt without signing this agreement.** However, if you do not sign this agreement and are later unwilling or unable to pay the full amount, the creditor will not be able to collect it from you. The creditor also will not be allowed to take your property to pay the debt unless the creditor has a lien on that property.

If the creditor has a lien on your personal property, you may have a right to redeem the property and eliminate the lien by making a single payment to the creditor equal to the current value of the property, as agreed by the parties or determined by the court.

This agreement is not valid or binding unless it is filed with the clerk of the bankruptcy court.
If you were not represented by an attorney during the negotiation of this reaffirmation agreement, the agreement cannot be enforced by the creditor unless:

1) You have attended a reaffirmation hearing in the bankruptcy court, and
2) The agreement has been approved by the bankruptcy court. (Court approval is not required if this is a consumer debt secured by a mortgage or other lien on your real estate.)

Page 1-REAFFIRMATION AGREEMENT

| Bankruptcy Case No: 0549722 | Creditor: Discover Bank, Issuer of the Discover Card |
| Debtor: GARY M EGAN | XXXXXX9859 |

## REAFFIRMATION AGREEMENT

The debtor and creditor named above agree to reaffirm the debt described in this agreement as follows:

### THE DEBT

| | |
|---|---|
| Account Number | XXXXXX9859 |
| Total Amount of Debt When Case Was Filed | $3,425.80 |
| **Total Amount of Debt Reaffirmed** | **$1,500.00** |
| Above total includes the following: | |
| Interest accrued to Date of Agreement | $0 |
| Attorney Fees | $0 |
| Late Fees | $0 |
| Other expenses or costs Relating to the Collection of this Debt | $0 |
| **Annual Percentage Rate** | **0** |
| **Amount of Lump Sum Payment** | **$1,500.00** |
| **Date Payment is Due** | **01/15/2006** |
| **Total Number of Payments to be Made** | **1** |
| **Total Amount of Payments if Paid According to Schedule** | **$1,500.00** |
| Date Any lien is to be Released if Paid According to Schedule | N/A |

**Payment is to be made to:**   Discover Bank, Issuer of the Discover Card
c/o Weinstein & Riley
14 Penn Plaza Suite 1615
New York, NY 10122
(Please include Acct # on the payment)

**The debtor agrees that any and all remedies available to the creditor under the security agreement remain available.**

**All additional terms agreed to by the parties (if any):** This Reaffirmation is a compromise of a disputed claim by creditor that the debt herein is nondischargeable under section 523 of the Bankruptcy Code. The Parties agree that execution of this Reaffirmation Agreement extends the bar date by an additional 60 days from the date of rescission of this agreement for Creditor to file an Objection to Discharge of the debt if this agreement is rescinded. Creditor or its representatives may continue to bill debtor.

Payments on this debt __XX_ were _____ were not in default on the date on which this bankruptcy was filed.

**This agreement differs from the original agreement with the creditor as follows:**
1. The interest rate on the debt has been reduced.
2. The payment amount has been adjusted.
3. The address for payments has changed

Page 2-REAFFIRMATION AGREEMENT

| Bankruptcy Case No: 0549722 | Creditor: Discover Bank, Issuer of the Discover Card |
| Debtor: GARY M EGAN | XXXXXX9859 |

## CREDITOR'S STATEMENT CONCERNING AGREEMENT
## AND SECURITY/COLLATERAL (IF ANY)

Description of Collateral:            NONE

Value:                                $N/A

Basis or Source for Valuation:        N/A

Current Location and Use of Collateral: N/A

Expected Future Use of Collateral:    N/A

Check Applicable boxes:

_____ Any lien described herein is valid and perfected

_XX_ This agreement is part of a settlement of a dispute regarding the dischargeability of this debt under section 523 of the Bankruptcy Code (11 U.S.C. §523) or any other dispute.
   **The nature of this dispute is:** Creditor alleges the debt is nondischargeable due to the circumstances surrounding when and how the debt was incurred.

## DEBTOR'S STATEMENT OF EFFECT OF AGREEMENT
ON DEBTOR'S FINANCES

Debtor's monthly income (take home pay plus ay other income received)
       $_____

Debtor's current monthly expenses
       $_____
(not including any payments due under this agreement or any debt to be discharged in this case)

I believe this agreement _____ will __XX_ will not impose an undue hardship on me or my dependents.

I believe this agreement is in my best interest because: I do not want to litigate this dispute in court.

I agreed to reaffirm this debt because: I do not want to litigate this dispute in court.

I _____ considered __XX_ did not consider redeeming the collateral under §722 of the Bankruptcy Code (11 U.S.C. §722). I chose not to redeem because: I do not have enough money to make a lump sum payment.

I __XX_ was _____ was not represented by an attorney during negotiations on this agreement.

Page 3-REAFFIRMATION AGREEMENT

| Bankruptcy Case No: 0549722 | Creditor: Discover Bank, Issuer of the Discover Card |
| Debtor: GARY M EGAN | XXXXXX9859 |

## DEBTOR'S STATEMENT CONCERNING DECISION TO REAFFIRM

I believe this agreement is in my best interest because the creditor has agreed to accept a lesser amount than is in dispute.

I was represented by an attorney during negotiations on this agreement.

## CERTIFICATION OF ATACHMENTS

Any documents which created and perfected the security interest or lien ____ are __XX__ are not attached. If not attached, please explain: This is a reaffirmation on an unsecured claim to avoid litigation of a §523 action.

## SIGNATURES

_____
Signature of Debtor
12/16/05
Date

_____
Signature of Co-Debtor
12/16/05
Date

Name of Creditor:
Discover Bank, Issuer of the Discover Card

_____
Signature of Creditor Representative
12/13/05
Date

## CERTIFICATION BY DEBTOR'S ATTORNEY

I hereby certify that:

1. This agreement represents a fully informed and voluntary agreement by the debtor(s);
2. This agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and
3. I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

_____
Debtor's Attorney

12/16/05
Date

Page 4-REAFFIRMATION AGREEMENT