# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:**                                        **Case Number**                    (JBR)
                                                  **Chapter**

**COURT ACTION:**

**Show Cause Order** _____ **Released** _____ **Enforced**
_____ **Granted** _____ **Approved** _____ **Moot**
_____ **Denied** _____ **Denied Without Prejudice**
_____ **Withdrawn in Open Court**
_____ **Sustained** _____ **Overruled**
_____ **Continued to** _____
_____ **Proposed Order to be Submitted by** _____
_____ **Stipulation to be Submitted by** _____
_____ **Taken Under Advisement**

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**SO ORDERED:**

*Joel B. Rosenthal*
_____ **Dated** _____
**Joel B. Rosenthal**
**United States Bankruptcy Judge**